1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9 **WESTERN DIVISION**

| | |
|---|---|
| VLADAMUA, LLC, a California Limited Liability Company, | Case No. 2:17−cv−09051−RGK−AFM |
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | JS-6 |
| SONY MUSIC ENTERTAINMENT, INC.; a Delaware corporation; SONY MUSIC ENTERTAINMENT US LATIN LLC; a Delaware Limited Liability Company; and YouTube, LLC; a Delaware Limited Liability Company, | |
| Defendants. | |

**ORDER**

Pursuant to the Stipulation of plaintiff Vladamua, LLC, and defendants Sony Music Entertainment, incorrectly sued as "Sony Music Entertainment, Inc.," Sony Music Entertainment US Latin LLC, and YouTube, LLC, this action is hereby dismissed, in its entirety, with prejudice, and with plaintiff, on the one hand, and defendants, on the other hand, to bear their respective attorneys' fees and costs.

Dated: 4/24/18

_____
The Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE

*Submitted by:*

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Defendants
SONY MUSIC ENTERTAINMENT
US LATIN LLC and
SONY MUSIC ENTERTAINMENT